# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANWAR SHARIF ALI,   Plaintiff, | : : : | |
| v. | : : | CIVIL ACTION NO. 19-CV-0280 |
| KYLE PAUP, *et al.*,   Defendants. | : : : | |

## ORDER

AND NOW, this 27th day of March, 2019, upon consideration of *pro se* Plaintiff Anwar Sharif Ali's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 4), Prisoner Trust Fund Account Statement (ECF No. 6), and Complaint (ECF No. 1), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. Ali, #18001839, shall pay the full filing fee of $350.00 in installments, pursuant to 28 U.S.C. § 1915(b).

3. The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of the George W. Hill Correctional Facility.

4. Based on the financial information provided by Ali, an initial partial filing fee of $51.73 is assessed. The Warden or other appropriate official at George W. Hill Correctional Facility or at any other prison at which Ali may be incarcerated is directed to deduct $51.73 from Ali's inmate trust fund account, when such funds become available, and forward that amount to the Clerk of the United States District Court for the Eastern District of Pennsylvania, 601 Market Street, Room 2609, Philadelphia, PA 19106, to be credited to Civil Action No. 19-280. In each succeeding month when the amount in Ali's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20%

of the preceding month's income credited to Ali's inmate trust fund account until the fees are paid. Each payment shall reference the docket number for Civil Action No. 19-280.

5. The Complaint is **DEEMED** filed.

6. The Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) as to Defendants Commonwealth of Pennsylvania, Frank Hazel, Gregory J. Loftus, Leonard Tenaglia, Jack D. Lippart, James Bradley, Jane Doe Clerk in the District Court of Darby, Jane Doe Clerk in the District Court of Collingdale, John Doe Clerk in the Delaware County Court of Common Pleas, Jane Doe Clerk in the Courtroom of Judge Bradley, Dana Keith and Jennifer Smith.

7. The Complaint is **DISMISSED WITHOUT PREJUDICE** as to Defendants Defendants Kyle Paup, Devon Smith, Thayer Joh McCauley, "Hughes," "Qawasmy," and "Felker."

8. The Complaint is **DISMISSED WITHOUT PREJUDICE AND WITH LEAVE TO AMEND** as to Defendants Sharon Hill Police Department, Collingdale Police Department, Delaware County, John Hosier, James Sheilds, William H. Clinger, III, Thomas Danzi, Edward T. Lawlor, Jr., Robert Diorio, John A. Reilly, GEO Group, Brian Connelly, D. Moore and Navero. Ali is granted leave to file an amended complaint within thirty (30) days if he can cure the defects identified by the Court with regard to these Defendants. Upon the filing of an amendment, the Clerk shall not make service until so ordered.

9. The Clerk of Court shall send Ali a form complaint for a prisoner filing a civil action under § 1983 bearing the above civil action number. Ali may use this form to file an amended complaint.

10. If Ali fails to file an amended complaint, the Court will direct service on the remaining Defendants only.

**BY THE COURT:**

**/s/ Jeffrey L. Schmehl**
**JEFFREY L. SCHMEHL, J.**